# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145364-5

NICHOLAS MUSHOVIC, MIA MUSHOVIC,
SOFIA MUSHOVIC, SUE ABRAMS,
RICHARD R. COLT, and ATTORNEY
GENERAL NECESSARY STATUTORY
PARTY,
        Plaintiffs,

and

CHAYA STRINGER, Next Friend of
CHARON STRINGER, CHANON
STRINGER, and ALAN H. PETERSON,
        Plaintiffs-Appellants,

v

BLOOMFIELD HILLS SCHOOL DISTRICT
and BLOOMFIELD HILLS BOARD OF
EDUCATION,
        Defendants-Appellees.

_____/

SC: 145364
COA: 303372
Oakland CC: 2009-098669-AW

CHRISTOPHER MARK FELLIN,
        Plaintiff-Appellant,

and

JAMES HAROLD STRINGER and
ATTORNEY GENERAL NECESSARY
STATUTORY PARTY,
        Plaintiffs,

v

BLOOMFIELD HILLS SCHOOL DISTRICT
and BLOOMFIELD HILLS BOARD OF
EDUCATION,
        Defendants-Appellees.

_____/

SC: 145365
COA: 303374
Oakland CC: 2009-100784-AW

On order of the Court, the application for leave to appeal the May 15, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

h1113